# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129624 & (13)

CYD C. LUCAS,
      Plaintiff-Appellee,

v

MICHIGAN BELL (AMERITECH SERVICES, INC.),
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129624
COA: 261799
WCAC: 04-000018

On order of the Court, the application for leave to appeal the August 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

t0123